IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALVIN PIERRE CARTER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5421

Opinion filed February 11, 2015.

An appeal from an order of the Circuit Court for Escambia County.
Terry D. Terrell, Judge.

Bruce A. Miller, Public Defender, and Alice F. Harris and Jasmine Green, Assistant Public Defenders, for Appellant.

No appearance for Appellee.

PER CURIAM.

      DISMISSED. This dismissal is without prejudice to the appellant's right to seek a belated appeal.

RAY, MAKAR, and BILBREY, JJ., CONCUR.